HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHANDLER HOMES, L.L.C., a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TOLL BROS., INC., a Pennsylvania company,<br><br>Defendant. | Case No. 2:21-cv-00382-RSM<br><br>STIPULATED BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT<br><br>NOTE ON MOTION CALENDAR:  OCTOBER 7, 2021 |

Plaintiff Chandler Homes, L.L.C. and Defendant Toll Bros., Inc. enter into this stipulation regarding cross-motions for summary judgment.  On September 23, 2021, Chandler submitted a motion for summary judgment.  Toll wishes to cross-move for summary judgment.  The parties wish to avoid duplicative briefing.  Under Local CR 7(k), "Parties anticipating filing cross motions are encouraged to agree on a briefing schedule and to submit it to the court for approval through a stipulation and proposed order. The court may order parties filing cross motions for summary judgment to combine their memoranda and forego reply briefs in exchange for an enlarged response brief."

The parties stipulate to and propose the following briefing schedule:

STIPULATION REGARDING CROSS-
MOTIONS FOR SUMMARY JUDGMENT - 1
Case No. 2:21-cv-00382-RSM
310923580.1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

| Filing Name | Due Date | Page Limit |
|---|---|---|
| Plaintiff Chandler Homes, L.L.C.'s Motion for Summary Judgment | September 23, 2021 (already filed) | 24 Pages |
| Defendant Toll Bros., Inc.'s Opposition to Plaintiff's Motion for Summary Judgment, and Cross-Motion for Summary Judgment | October 25, 2021 | 30 Pages |
| Plaintiff Chandler Homes, L.L.C.'s Opposition to Defendant's Cross-Motion for Summary Judgment, and Reply in Support of Motion for Summary Judgment | November 22, 2021 | 30 pages |
| Defendant Toll Bros., Inc.'s Reply in Support of Cross-Motion for Summary Judgment | December 10, 2021 | 12 Pages |
| Noting date for Cross-Motions | December 10, 2021 | |

The parties further agree to confer on a schedule and to present their respective witnesses for the depositions of Mark Putzke, Sheri Putzke, and Toll Bros., Inc., each to take place on or before November 12, 2021.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: October 7, 2021

By /s/ Brittany J. Faulkner
Brian M. Muchinsky, WSBA No. 31860
Brittany J. Faulkner, WSBA No. 54457
10500 NE 8th Street Ste 930
Bellevue, WA  98004
Phone: (425) 289-5555
Email: bmuchinsky@noldmuchlaw.com
bfaulkner@noldmuchlaw.com

Attorneys for Plaintiff Chandler Homes, L.L.C.

STIPULATION REGARDING CROSS-MOTIONS FOR SUMMARY JUDGMENT - 2
Case No. 2:21-cv-00382-RSM
310923580.1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: October 7, 2021 | By /s/ Peter A. Talevich |

DATED: October 7, 2021

By /s/ Peter A. Talevich
Peter A. Talevich, WSBA No. 42644
Ryan Hebert, WSBA No. 51294
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Phone:  (206) 623-7580
E-mail: peter.talevich@klgates.com
ryan.hebert@klgates.com

Attorneys for Defendant Toll Bros., Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 19th day of October, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING CROSS-
MOTIONS FOR SUMMARY JUDGMENT - 3
Case No. 2:21-cv-00382-RSM
310923580.1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022