HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHANDLER HOMES, L.L.C., a Washington limited liability company,

    Plaintiff,

v.

TOLL BROS., INC., a Pennsylvania company,

    Defendant.

Case No. 2:21-cv-00382-RSM

STIPULATED AMENDED CASE SCHEDULING ORDER

NOTE ON MOTION CALENDAR: MARCH 18, 2022

        Plaintiff Chandler Homes, L.L.C. and Defendant Toll Bros., Inc. stipulate to an approximately five month extension of the May 9, 2022 trial date and related deadlines.

        The parties' cross-motions for summary judgment are pending and were fully briefed on December 10, 2021. (ECF Nos. 16, 23, 26, 29.) A non-jury trial of two to three days is set for May 9, 2022. (ECF No. 13.)

        The parties conferred and, after considering existing conflicts, jointly ask the Court and stipulate to an approximately five month extension of the trial date and related deadlines in order to provide time between the Court's determination of the pending motions for summary judgment and the trial. The parties agree that the scope of trial (if any) might be informed by the result of the motions for summary judgment and wish to defer trial preparation prior to a

STIPULATED AMENDED CASE
SCHEDULING ORDER - 1
Case No. 2:21-cv-00382-RSM
311911098.2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

ruling on the motion. The parties respectfully request that the Court enter an amended scheduling order with the following dates (subject, of course, to the Court's availability):

| **BENCH TRIAL DATE** | **October 17, 2022** |
|---|---|
| Length of trial | 2-3 days |
| Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than | September 9, 2022 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | September 19, 2022 |
| Agreed pretrial order due | September 28, 2022 |
| Pretrial conference to be scheduled by the Court | |
| Trial briefs and proposed findings of fact and conclusions of law, designation of deposition testimony pursuant to LCR 32(e), and trial exhibits due | October 12, 2022 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: March 18, 2022

By /s/ Brittany J. Faulkner
Brian M. Muchinsky, WSBA No. 31860
Brittany J. Faulkner, WSBA No. 54457
10500 NE 8th Street Ste 930
Bellevue, WA 98004
Phone: (425) 289-5555
Email: bmuchinsky@illuminatelg.com
bfaulkner@illuminatelg.com

STIPULATED AMENDED CASE
SCHEDULING ORDER - 2
Case No. 2:21-cv-00382-RSM
311911098.2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

| | |
|---|---|
| | Attorneys for Plaintiff Chandler Homes, L.L.C. |
| DATED: March 18, 2022 | By /s/ Peter A. Talevich<br>Peter A. Talevich, WSBA No. 42644<br>Ryan Hebert, WSBA No. 51294<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA  98104<br>Phone:  (206) 623-7580<br>E-mail: peter.talevich@klgates.com<br>              ryan.hebert@klgates.com |
| | Attorneys for Defendant Toll Bros., Inc. |

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED this 24th day of March, 2022.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED AMENDED CASE
SCHEDULING ORDER - 3
Case No. 2:21-cv-00382-RSM
311911098.2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022