HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHANDLER HOMES, L.L.C., a Washington limited liability company,

Plaintiff,

v.

TOLL BROS., INC., a Pennsylvania company,

Defendant.

Case No. 2:21-cv-00382-RSM

STIPULATED AMENDED CASE SCHEDULING ORDER

NOTE ON MOTION CALENDAR: AUGUST 12, 2022

Plaintiff Chandler Homes, L.L.C. and Defendant Toll Bros., Inc. stipulate to an approximately four-month extension of the October 17, 2022 trial date and related deadlines.

The parties' cross-motions for summary judgment are pending and were fully briefed on December 10, 2021.  (ECF Nos. 16, 23, 26, 29.)  A non-jury trial of two to three days is set for October 17, 2022.  (ECF No. 32.)

The parties conferred, and after considering existing conflicts, jointly ask the Court and stipulate to an approximately four-month extension of the trial date and related deadlines to provide time between the Court's determination of the pending motions for summary judgment and the trial. The parties agree that the scope of trial (if any) might be informed by the result of the motions for summary judgment, and wish to defer trial preparation prior to a

STIPULATED AMENDED CASE
SCHEDULING ORDER - 1
Case No. 2:21-cv-00382-RSM
313182541.2

**ILLUMINATE LAW GROUP**
10500 NE 8th Street, Suite 930
Bellevue, WA  98004
Tel (425) 289-5555

ruling on the motions. The parties respectfully request that the Court enter an amended

scheduling order with the following dates (subject, of course, to the Court's availability):

| BENCH TRIAL DATE | February 21, 2023 |
|---|---|
| Length of trial | 2-3 days |
| Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than | January 9, 2023 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | January 23, 2023 |
| Agreed pretrial order due | February 6, 2023 |
| Pretrial conference to be scheduled by the Court | |
| Trial briefs and proposed findings of fact and conclusions of law, designation of deposition testimony pursuant to LCR 32(e), and trial exhibits due | February 13, 2023 |

    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: August 12, 2022

By /s/ Brittany J. Faulkner
Brian M. Muchinsky, WSBA No. 3186
Brittany J. Faulkner, WSBA No. 54457
10500 NE 8th Street Ste 930
Bellevue, WA  98004
Phone: (425) 289-5555
Email: bmuchinsky@noldmuchlaw.com
        bfaulkner@noldmuchlaw.com

Attorneys for Plaintiff Chandler Homes, L.L.C.

STIPULATED AMENDED CASE
SCHEDULING ORDER - 2
Case No. 2:21-cv-00382-RSM
313182541.2

**ILLUMINATE LAW GROUP**
10500 NE 8th Street, Suite 930
Bellevue, WA  98004
Tel (425) 289-5555

DATED: August 12, 2022

By /s/Peter A. Talevich
Peter A. Talevich, WSBA No. 42644
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Phone:  (206) 623-7580
E-mail: peter.talevich@klgates.com

Patrick J. Perrone, *pro hac vice*
One Newark Center, Tenth Floor
Newark, NJ 07102
Phone:  (973) 848-4000
E-mail: patrick.perrone@klgates.com

Attorneys for Defendant Toll Bros., Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED this 16th day of August, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED AMENDED CASE
SCHEDULING ORDER - 3
Case No. 2:21-cv-00382-RSM
313182541.2

**ILLUMINATE LAW GROUP**
10500 NE 8th Street, Suite 930
Bellevue, WA  98004
Tel (425) 289-5555