1

2

3

4

5

6

HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7   CHANDLER HOMES, L.L.C., a Washington
    limited liability company,

8                                    Plaintiff,

9       v.

10

11  TOLL BROS., INC., a Pennsylvania company,

12                                   Defendant.

13

Case No. 2:21-cv-00382-RSM

STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE AND DENYING
PENDING MOTIONS (ECF NOS. 42,
45) AS MOOT

**NOTE ON MOTION CALENDAR:
FEBRUARY 17, 2023**

14   WHEREAS, the Court on January 12, 2023, entered an Order on motions for summary

15  judgment denying Chandler Homes, L.L.C.'s motion for summary judgment and granting

16  Toll's cross-motion for summary judgment, and the Court on that day entered judgment for

17  Toll with Chandler taking nothing on its claims in this case;

18   WHEREAS Toll on January 26, 2023, filed a Motion for Attorneys' Fees (ECF # 42)

19  and a Motion for Taxation of Costs (ECF # 45), and

20   WHEREAS, Toll and Chandler have now compromised on the Motion for Attorneys'

21  Fees and the Motion for Taxation of Costs.

22   NOW, THEREFORE:

23   1.     The case is dismissed with prejudice.

24   2.     The Motion for Attorneys' Fees (ECF # 42) and the Motion for Taxation of

25  Costs (ECF # 45) are DENIED AS MOOT.

26

STIPULATED ORDER OF DISMISSAL WITH
PREJUDICE AND DENYING PENDING
MOTIONS AS MOOT - 1
Case No. 2:21-cv-00382-RSM
314621702.1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1

2          IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

3

4   DATED: February 17, 2023               By /s/ Brittany J. Faulkner
                                              Brian M. Muchinsky, WSBA No. 31860
5                                             Brittany J. Faulkner, WSBA No. 54457
                                              10500 NE 8th Street Ste 930
6                                             Bellevue, WA  98004
                                              Phone: (425) 289-5555
7                                             Email: bmuchinsky@illuminatelg.com
                                              bfaulkner@illuminatelg.com
8
                                              Attorneys for Plaintiff Chandler Homes,
9                                             L.L.C.

10  DATED: February 17, 2023               By /s/ Peter A. Talevich
                                              Peter A. Talevich, WSBA No. 42644
11                                            925 Fourth Avenue, Suite 2900
                                              Seattle, WA  98104
12                                            Phone:  (206) 623-7580
                                              E-mail: peter.talevich@klgates.com
13
                                              Patrick J. Perrone, *admitted pro hac vice*
14                                            One Newark Center, Tenth Floor
                                              Newark, NJ 07102
15                                            Phone: (973) 848-4034
                                              E-mail:  patrick.perrone@klgates.com
16
                                              Attorneys for Defendant Toll Bros., Inc.
17

18

19

20          PURSUANT TO STIPULATION, IT IS SO ORDERED

21

22          DATED this 21st day of February, 2023.

23

24

25          RICARDO S. MARTINEZ
            UNITED STATES DISTRICT JUDGE

26

STIPULATED ORDER OF DISMISSAL WITH
PREJUDICE AND DENYING PENDING
MOTIONS AS MOOT -  2
Case No. 2:21-cv-00382-RSM
314621702.1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022